4/30/2014     ALERT: Hollywood Executives to be Named in Sexual Abuse Lawsuits Filed Monday

PRACTICE LIMITED TO REPRESENTING VICTIMS OF SEXUAL ABUSE     (305) 931-2200

Toll Free: (800) 686-9921

HOME    ATTORNEYS    PRACTICE AREAS    IN THE NEWS    BLOG    CONTACT US     FOLLOW US

## TAGS

Jeff Herman Sexual Abuse Attorney Sex Abuse Attorney Sexual Abuse Attorney Sex Abuse Child Sex Abuse Clergy Sexual Abuse Child Sexual Abuse Boy Scouts

## ARCHIVE

2014 - April
2014 - March
2014 - February
2014 - January
2013 - December
2013 - November
2013 - October
2013 - September
2013 - August
2013 - July
2013 - June
2013 - May
2013 - April
2013 - March
2013 - February
2013 - January

## ALERT: HOLLYWOOD EXECUTIVES TO BE NAMED IN SEXUAL ABUSE LAWSUITS FILED MONDAY

By contacthermanlaw
April 20, 2014
Tagged with: Hollywood Sex Ring Bryan Singer Sexual Abuse Attorney Jeff Herman Michael Egan

***MEDIA ALERT***
NEWS CONFERENCE MONDAY AT 2PM
HOLLYWOOD EXECUTIVES TO BE NAMED IN SEXUAL ABUSE LAWSUITS FILED MONDAY

WHAT: JEFF HERMAN (www.hermanlaw.com), a nationally-recognized attorney for victims of sexual abuse, announces the filing of three lawsuits against Hollywood executives alleging the sexual abuse of an underage boy. The victim alleges that the three executives were part of a Hollywood sex ring. In a lawsuit filed last week he alleged he was sexually abused by X-Men director Bryan Singer who was part of the Hollywood sex ring. The names of the executives will be revealed at the news conference.

Copies of the filed complaint will be available at the news conference.

WHEN: Monday, April 21st, 2014 at 2pm (PST)

WHERE: Four Seasons Hotel in Beverly Hills
300 South Doheny Drive, Los Angeles, CA 90048

*Valet is courtesy of Herman Law (Tickets will be validated at the news conference)

WHO: Michael Egan, his mother, and attorney Jeff Herman.

CONTACT: Kayla Repan 305-931-2200; krepan@hermanlaw.com

EXHIBIT "A"

4/30/2014 ALERT: Hollywood Executives to be Named in Sexual Abuse Lawsuits Filed Monday

www.HermanLaw.com

- 2012 - December
- 2012 - November
- 2012 - October
- 2012 - September
- 2012 - August
- 2012 - July
- 2012 - June
- 2012 - May

Comments (0)

Share |

## FEEDS

**Atom Feed**

**RSS Feed**

**Share on Facebook**

## HOW CAN WE HELP?

My name is*
Email*
Telephone
I would like to speak with an attorney about:

Submit My Request

## NATIONWIDE PRACTICE

States We Serve

Read More About Our Nationwide Cases

## CONTACT US



Herman, Mermelstein & Horowitz, P.A.
18205 Biscayne Boulevard Suite 2218
Miami, FL 33160

Get Directions

Home   Attorneys   Practice Areas   In The News   Blog   Contact Us   Login

Copyright © 2007 - 2011 HermanLaw | Legal Marketing Solution by Einstein Law