## DECLARATION OF MIKE EGAN

### (Page 1 of 2)

I, Mike Egan, execute this declaration in order to clear up any confusion and/or incorrect statements and/or beliefs regarding my relationship with David Neuman. I am over 18 years of age and I have personal knowledge of the matters set forth in this declaration.

/ / /

I met David Neuman because of his involvement with the former Internet company, Digital Entertainment Network ("DEN"). Up until this last month, I have only had incidental social contact with David Neuman, which involved primarily the exchange of polite greetings and small talk. David Neuman has always acted appropriately toward me.

/ / /

I have never been in any hot tub or swimming pool at all at any time or any place with David Neuman. David Neuman has never been present when I was in any hot tub and/or pool. I have never seen David Neuman naked, and David Neuman has never seen me naked. I have never had any kind of physical contact with David Neuman other than what is normal and appropriate between non-sexual acquaintances; e.g., handshakes, etc. I never saw David Neuman in the presence of Marc Collins-Rector when Marc said anything of a sexual nature to or about any minor or any DEN employee. I never saw David Neuman in the presence of Marc Collins-Rector when Marc did anything sexual with any person.

/ / /

/ / /

/ / /

/ / /

**EXHIBIT "B"**

## DECLARATION OF MIKE EGAN

### (Page 2 of 2)

David Neuman has never been present when I was involved in any type of sexual conduct, never harassed me, never made sexually suggestive remarks to me, and never acted improperly around me or toward me, on a personal or professional level.

I declare under penalty of perjury under the laws of the State of California that this declaration is true and correct.

Executed this _____6th_____ day of ~~November, 2003~~ December 2003, at _____West Hollywood, CA_____.

_____
MIKE EGAN